| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DEMARCUS BROWN,                §
                               §
    Plaintiff,           §
                               §
versus                         §   CIVIL ACTION NO. 1:18-CV-139
                               §
CITY OF BEAUMONT, *et al.*,    §
                               §
    Defendants.          §

## FINAL JUDGMENT

Defendant City of Beaumont's (the "City") Motion for Summary Judgment (#40) is GRANTED. Accordingly, the court enters final judgment in favor of the City. Plaintiff Demarcus Brown shall take nothing by his suit against the City.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 22nd day of May, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE